| | |
|---|---|
| 1 | John D. McLachlan (State Bar No. 102436) |
| | FISHER & PHILLIPS LLP |
| 2 | One Embarcadero Center, Suite 2340 |
| | San Francisco, CA 94111-3712 |
| 3 | Telephone: (415) 490-9000 |
| | Facsimile: (415) 490-9001 |
| 4 | jmchlachlan@laborlawyers.com |
| | Attorneys for Defendant |
| 5 | SOUTH CITY REFRIGERATION |
| | & AIR CONDITIONING, INC. |

Richard K. Grosboll (State Bar No. 99729)
Benjamin K. Lunch (State Bar No. 246015)
Sonya M. Gordon (State Bar No. 232600)
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone: (415) 677-9440
Facsimile: (415) 677-9445
sgordon@neyhartlaw.com
dgrosboll@neyhartlaw.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST; LOCAL UNION 342, PLUMBERS & STEAMFITTERS, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342 APPRENTICESHIP & TRAINING TRUST FUND and JAMES WILLIAMS, as Trustee of the above TRUSTS,<br><br>                    Plaintiffs,<br>     v.<br>SOUTH CITY REFRIGERATION, INC., a California Corporation,<br><br>                    Defendant. | Civil Action No. CV 09-3219 JCS<br><br>STIPULATION GRANTING DEFENDANT AN EXTENSION TO RESPOND TO PLAINTIFFS' COMPLAINT and [~~PROPOSED~~] ORDER |

---

Stipulation Granting Defendant An Extension To Respond To Plaintiffs' Complaint and [~~Proposed~~ Order]
*U.A. Local 342 Joint Labor-Management Committee, et al. v. South City Refrigeration, Inc.*
Civil Action No. CV 09-3219 JCS
SanFrancisco 109403.1

1 | Pursuant to Civil Local Rule 6-1, the parties agree that Defendant's Response to
2 | Plaintiffs' Complaint, served on July 17, 2009, is extended to and through September 9, 2009.
3 | This extension will not effect the deadlines set forth in the Court's July 15, 2009 Order Setting
4 | Initial Case Management Conference and ADR Deadlines.

5 | IT IS SO STIPULATED.

6 | DATED: August 6, 2009        NEYHART, ANDERSON, FLYNN &
7 |                               GROSBOLL

9 |                               By: _____/s/_____
                                        Richard K. Grosboll
10|                                     Attorneys for Plaintiffs
                                        U.A. Local 342 Joint Labor-
11|                                     Management Committee, et al.

12|
13| DATED: August 6, 2009        FISHER & PHILLIPS LLP

14|
15|                               By: _____/s/_____
                                        John D. McLachlan
                                        Attorneys for Defendant
16|                                     SOUTH CITY REFRIGERATION
                                        & AIR CONDITIONING, INC.
17|
18| IT IS SO ORDERED:

20| DATED: August _7_, 2009       _____
                                        Judge Joseph C. Spero

---

Stipulation Granting Defendant An Extension To Respond To Plaintiffs' Complaint and [Proposed Order]
*U.A. Local 342 Joint Labor-Management Committee, et al. v. South City Refrigeration, Inc.*
*Civil Action No. CV 09-3219 JCS*
SanFrancisco 109403.1