1   RICHARD K. GROSBOLL, Bar No. 99729
    BENJAMIN K. LUNCH, Bar No. 246015
2   SONYA M. GORDON, Bar No. 232600
    EILEEN M. BISSEN, Bar No. 245821
3   **NEYHART, ANDERSON, FLYNN & GROSBOLL**
    44 Montgomery Street, Suite 2080
4   San Francisco, CA 94104
    TEL: (415) 677-9440
5   FAX: (415) 677-9445
    Email: sgordon@neyhartlaw.com
6          rgrosboll@neyhartlaw.com

7   Attorneys for Plaintiffs

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11

12
    U.A. LOCAL 342 JOINT LABOR-              )  Case No.  C-09-3219 JCS
13  MANAGEMENT COMMITTEE; NORTHERN )
    CALIFORNIA PIPE TRADES PENSION          )
14  TRUST; NORTHERN CALIFORNIA PIPE         )  **CONTINGENT DISMISSAL &**
    TRADES HEALTH AND WELFARE TRUST;        )  **[PROPOSED] ORDER OF CONTINGENT**
15  LOCAL UNION 342, PLUMBERS &             )  **DISMISSAL**
    STEAMFITTERS, UNITED ASSOCIATION        )
16  OF JOURNEYMEN AND APPRENTICES OF )
    THE PLUMBING AND PIPEFITTING            )
17  INDUSTRY OF THE UNITED STATES AND )       Judge: Hon.  Joseph C. Spero
    CANADA (AFL-CIO); U.A. LOCAL 342        )
18  APPRENTICESHIP & TRAINING TRUST         )
    FUND and JAMES WILLIAMS, as Trustee of )
19  the above TRUSTS,                        )
                                             )
20             Plaintiffs,                   )
                                             )
21                                           )
          vs.                                )
22                                           )
                                             )
23  SOUTH CITY REFRIGERATION, INC., a       )
    California Corporation,                  )
24                                           )
                                             )
25             Defendant.                    )
    _____)

26

27

28

                                        1        Case No. C-09-3219-JCS
                                            **CONTINGENT DISMISSAL & [PROPOSED]**
                                              **ORDER OF CONTINGENT DISMISSAL**

1     As Defendant SOUTH CITY REFRIGERATION, INC. (hereafter referred to as

2   "Defendant") has not answered or filed a responsive pleading in this action, Plaintiffs U.A.

3   LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA

4   PIPE TRADES PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND

5   WELFARE TRUST; LOCAL UNION 342, PLUMBERS & STEAMFITTERS, UNITED

6   ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND

7   PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA (AFL-CIO); U.A.

8   LOCAL 342 APPRENTICESHIP & TRAINING TRUST FUND and JAMES WILLIAMS, as

9   Trustee of the above TRUSTS (hereafter collectively referred to as "Plaintiffs"), hereby dismiss

10  this action against Defendant without prejudice, contingent upon Defendant's compliance with the

11  terms and conditions of the Stipulation for Entry of Judgment, attached hereto as Exhibit A. (See

12  also, Dckt. No. 9.)

13        Per the Stipulation for Entry of Judgment, if Defendant defaults on the terms of that

14  Stipulation, Plaintiffs can enter the Stipulated Judgment with the Court.

15

16

17

18                                      Respectfully Submitted,

19  Dated:  October 13, 2009            NEYHART, ANDERSON, FLYNN & GROSBOLL

20

21                                      By:

22                                          EILEEN M. BISSEN
                                            Attorney for Plaintiffs
23

24

25

26

27

28

Case No. C-09-3219-JCS
                                    CONTINGENT DISMISSAL & [PROPOSED]
                                    ORDER OF CONTINGENT DISMISSAL

1   [PROPOSED] ORDER:

2        The parties hereto, having advised the Court that they have stipulated for entry of

3   judgment,

4        IT IS HEREBY ORDERED that this action is dismissed without prejudice provided,

5   however, that if Defendant defaults on the terms of the Stipulation of Entry of Judgment, Plaintiffs

6   may enter said Stipulation with the Court.

7        IT IS SO ORDERED.

8

9

10  Dated:   10/14/09



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          3               Case No. C-09-3219-JCS
                                     CONTINGENT DISMISSAL & [PROPOSED]
                                       ORDER OF CONTINGENT DISMISSAL

```
┌─────────────────────────────────────┬─────────┐
│                                      │         │
│  EXHIBIT                             │    A    │
│                                      │         │
└─────────────────────────────────────┴─────────┘
```

1

2

3

4

5

6

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9  SAN FRANCISCO DIVISION

10

11  U.A. LOCAL 342 JOINT LABOR-       )   Case No.  C-09-3219 JCS
    MANAGEMENT COMMITTEE; NORTHERN )
12  CALIFORNIA PIPE TRADES PENSION    )
    TRUST; NORTHERN CALIFORNIA PIPE   )   **STIPULATION FOR ENTRY OF**
13  TRADES HEALTH AND WELFARE TRUST;  )   **JUDGMENT**
    LOCAL UNION 342, PLUMBERS &       )
14  STEAMFITTERS, UNITED ASSOCIATION  )
    OF JOURNEYMEN AND APPRENTICES OF  )
15  THE PLUMBING AND PIPEFITTING      )   Judge: Hon.  Joseph C. Spero
    INDUSTRY OF THE UNITED STATES AND )
16  CANADA (AFL-CIO); U.A. LOCAL 342  )
    APPRENTICESHIP & TRAINING TRUST   )
17  FUND and JAMES WILLIAMS, as Trustee of )
    the above TRUSTS,                 )
18                                    )
                                      )
19          Plaintiffs,               )
                                      )
20      vs.                           )
                                      )
21  SOUTH CITY REFRIGERATION, INC., a )
22  California Corporation,           )
                                      )
23          Defendant.                )

24

25

26

27

28

1.  IT IS HEREBY STIPULATED by and between Plaintiffs U.A. LOCAL 342 JOINT

LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES

PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE

TRUST; LOCAL UNION 342, PLUMBERS & STEAMFITTERS, UNITED ASSOCIATION OF

JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY

OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342 APPRENTICESHIP

& TRAINING TRUST FUND and JAMES WILLIAMS, as Trustee of the above (hereinafter

collectively referred to as the "Plaintiffs", "Trusts" or "Funds") and the Defendant, SOUTH CITY

REFRIGERATION, INC., that judgment in the above-entitled cause be entered in favor of

Plaintiffs against Defendant SOUTH CITY REFRIGERATION, INC. as follows:

2.  Plaintiffs contend that an amount of $10,727.32 is presently due and owing from South

City for liquidated damages, interest, and attorneys' fees.  Plaintiffs will accept a total of $7,500.00

in full payment of these claims so long as Defendant makes timely payments of $1,000.00 per

month (and a final payment of $500), with the first payment to be received not later than close of

business on November 2, 2009, and continuing each month thereafter until the full amount of

$7,500.00 has been paid.

3.  Plaintiffs agree that if Defendant has not been late more than three times in the twelve

month period beginning on December 1, 2009 and ending November 30, 2010, Defendant can

petition the Labor-Management Committee's Board of Directors to forgive all of the liquidated

damages and interest for those delinquencies during the period.  Such request will be given fair

and serious consideration by the Board.

4.  If Defendant is late on its monthly contributions to Plaintiffs more than three times in the

same period and/or is late on any of the payments required in paragraph 2 above, the Plaintiffs

reserve the right to seek repayment of the amount of liquidated damages, interest, and legal fees

Case No. C-09-3219-JCS
STIPULATION FOR ENTRY OF JUDGMENT

1  totaling $3,227.32 that is forgiven by this agreement.

2      5.  If Defendant defaults on the terms of this agreement, Plaintiffs can enter this Stipulated

3  Judgment with the Court.

4  IT IS SO STIPULATED.

5

6                          Respectfully Submitted,

7  Dated: October 9, 2009        NEYHART, ANDERSON, FLYNN & GROSBOLL

8

9                    By: _____

10                      SONYA M. GORDON
                       Attorney for Plaintiffs

11 Dated: October 12, 2009      FISHER & PHILLIPS LLP

12

13                   By: _____

14                      JOHN D. MCLACHLAN
                     Attorneys for Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     Case No. C-09-3219-JCS
STIPULATION FOR ENTRY OF JUDGMENT

## PROOF OF SERVICE BY U.S. MAIL

I, the undersigned, declare:

     I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years of age and not a party to the within action. My business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104-6702. On October 13, 2009, I served the within:

**CONTINGENT DISMISSAL & [PROPOSED] ORDER OF CONTINGENT DISMISSAL**

on the parties in said cause following our business practice, with which I am readily familiar. I faxed the above-referenced document to the party listed below at (415) 490-9001. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

John D. McLachlan
Fisher & Phillips LLP
Suite 2340
One Embarcadero Center
San Francisco, CA 94111

     I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 13, 2009, at San Francisco, California.

Judy Dunworth

4

Case No. C-09-3219-JCS
**CONTINGENT DISMISSAL & [PROPOSED]
ORDER OF CONTINGENT DISMISSAL**