**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342, ET AL., | Case No. C09-03219 JCS |
| Plaintiff(s), | **ORDER GRANTING DEFENDANT'S MOTION TO BE RELIEVED AS COUNSEL [Docket No. 17]** |
| v. | |
| SOUTH CITY REFRIGERATION, | |
| Defendant(s). | |

On March 5, 2010, Defendant filed a Motion to be Relieved as Counsel (the "Motion").

On March 26, 2010, the Motion was GRANTED and John McLachlan is relieved as counsel for Defendant.

Counsel shall advise Defendant South City Refrigeration that a corporate defendant may not appear in this court, and may not defend this action, except through counsel, pursuant to Civil L.R. 3-9 (b).

IT IS SO ORDERED.

Dated: March 29, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge