IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.A. LOCAL 342,

    Plaintiff,

v.

SOUTH CITY REFRIGERATION,

    Defendant.

_____/

No. CV 09-03219 JCS

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** judgment shall be entered against Defendant in the amount of $7,500.00.

Dated: March 31, 2010

Richard W. Wieking, Clerk
By: *Karen L. Hom*
Karen L. Hom
Deputy Clerk